UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 11-042M-01 |
| | : | |
| CHARLES DYKES, | : | VIOLATION: 18 U.S.C. § 2422(a) |
| | : | (Persuading or Coercing to Travel |
| Defendant. | : | to Engage in Sexual Activities for Which |
| | : | a Person Can Be Charged with a |
| | : | Criminal Offense) |

# I N F O R M A T I O N

The United States Attorney charges:

## COUNT ONE

On or about February 2, 2011, within the District of Columbia, the defendant, **CHARLES DYKES**, did knowingly attempt to induce any individual to travel in interstate commerce from the Commonwealth of Virginia to the District of Columbia, to engage in any sexual activity for which any person can be charged with a criminal offense, that is, First Degree Child Sexual Abuse, 22 D.C.Code Section 3008.

**(Persuading or Coercing to Travel to Engage in Sexual Activities for Which a person Can Be Charged with a Criminal Offense,** in violation of Title 18, United States Code, Section 2422(a))

                                                RONALD C. MACHEN JR.
                                                United States Attorney
                                                Bar No. 447889

BY:       /s/_____
                Julieanne Himelstein
               Assistant United States Attorney
               D.C. Bar: 417-136
               Federal Major Crimes Section
               555 4th Street, N.W., Room 4832
               Washington, DC 20530
               (202) 252-7726
               julieanne.himelstein@usdoj.gov